BRIGGS LAW CORPORATION [FILE: 1924.00]
Cory J. Briggs (State Bar no. 176284)
cory@briggslawcorp.com
99 East "C" Street, Suite 111
Upland, CA 91786
Telephone: 909-949-7115

Attorneys for Plaintiff Public Watchdogs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUBLIC WATCHDOGS,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF DEFENSE; JAMES MATTIS, in his official capacity as Secretary of Defense; UNITED STATES DEPARTMENT OF THE NAVY; RICHARD V. SPENCER, in his official capacity as Secretary of the Navy; SOUTHERN CALIFORNIA EDISON COMPANY; SAN DIEGO GAS & ELECTRIC COMPANY; and DOES 1 through 100,<br><br>　　　Defendants. | CASE NO. 17-CV-2323 JLS(BGS)<br><br>**NOTICE OF PLEADING REVISIONS IN FIRST AMENDED COMPLAINT**<br><br>\*\* JURY REQUESTED \*\* |

　　　Pursuant to Local Rule 15.1(c), Plaintiff PUBLIC WATCHDOGS attaches hereto as Exhibit 1 a version of its first amended complaint that shows the changes made to its original complaint.

　　　Date: October 1, 2018.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIGGS LAW CORPORATION

　　　　　　　　　　　　　　By:　　s/ Cory J. Briggs

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Public Watchdogs