BRIGGS LAW CORPORATION
CORY J. BRIGGS (STATE BAR NO. 176284)
CORY@BRIGGSLAWCORP.COM
99 EAST "C" STREET, SUITE 111
UPLAND, CA 91786
TELEPHONE: 909-949-7115

Attorneys for Plaintiff
Public Watchdogs

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

PUBLIC WATCHDOGS, ) Case No. 17-CV-2323 JLS (MSB)
)
    Plaintiff, ) **MOTION FOR SUBSTITUTION**
) **OF ATTORNEY**
vs. )
)
UNITED STATES OF AMERICA, et )
al., )
)
    Defendant. )

The undersigned hereby agree that Charles La Bella of BARNES & THORNBURG LLP, shall substitute as counsel for Plaintiff, PUBLIC WATCHDOGS, and that Cory J. Briggs of BRIGGS LAW CORPORATION shall be relieved as counsel in the above captioned case.

Dated: June 6, 2019

                                                  PUBLIC WATCHDOGS, Plaintiff

Dated: June 6, 2019          /s/ Charles La Bella (with permission)
                                      Charles La Bella

Dated: June 6, 2019

                                      Cory J. Briggs, Esq.

1