```
 1  BRIGGS LAW CORPORATION [FILE: 1924.00]
    Cory J. Briggs (State Bar no. 176284)
 2  cory@briggslawcorp.com
    99 East "C" Street, Suite 111
 3  Upland, CA 91786
    Telephone: 909-949-7115
 4
    Attorneys for Plaintiff Public Watchdogs
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                SOUTHERN DISTRICT OF CALIFORNIA
10
11  PUBLIC WATCHDOGS,                 )  CASE NO. 3:17-cv-02323-JLS-MSB
                                      )
12          Plaintiff,                )  PROOF OF SERVICE
                                      )
13      vs.                           )
                                      )  Action Filed: November , 2017
14  UNITED STATES OF AMERICA; UNITED  )  Judge: Hon. Janis L. Sammartino
    STATES DEPARTMENT OF DEFENSE; JAMES) Courtroom: 4D (Schwartz)
15  MATTIS, in his official capacity as Secretary of )
    Defense; UNITED STATES DEPARTMENT OF )
16  THE NAVY; RICHARD V. SPENCER, in his )
    official capacity as Secretary of the Navy; )
17  SOUTHERN CALIFORNIA EDISON COMPANY; )
    SAN DIEGO GAS & ELECTRIC COMPANY; )
18  and DOES 1 through 100,           )
                                      )
19          Defendants.               )
20
```

21   I, Monica Manriquez, am over the age of 18 years and not a party to this action. My business
22 address is Briggs Law Corporation, 99 East "C" Street, Suite 111, Upland, CA 91786.
23   On June 7, 2019, I served a copy of MOTION FOR SUBSTITUTION OF ATTORNEY on each
24 party to this proceeding and/or the party's attorney(s) of record (if any) registered to use the
25 Court's Case Management/Electronic Case Filing System (CM/ECF) via the CM/ECF system.
26   I declare under penalty of perjury under the laws of the United States that the foregoing is true
27 and correct.
28   Date: June 7, 2019.        s/ Monica Manriquez